**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Travis Widner,  Civil No. 23-1426 (DWF/DJF)

    Plaintiff,

v.  **ORDER FOR DISMISSAL WITH PREJUDICE**

One Stop Station Two LLC,

    Defendant.

Based upon the Stipulation for Dismissal with Prejudice filed by the parties on July 17, 2023, (Doc. No. [12]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, with each party to bear its own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 17, 2023  s/Donovan W. Frank
    DONOVAN W. FRANK
    United States District Judge